**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Richard D.,**[1]

|                          |                                          |
|--------------------------|------------------------------------------|
| *Plaintiff*,             | **Case No. 3:25-cv-216**                 |
| **v.**                   | **District Judge Thomas M. Rose**        |
|                          | **Magistrate Judge Peter B. Silvain, Jr.** |
| **Commissioner of Social Security,** |                              |
|                          |                                          |
| *Defendant*.             |                                          |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE PETER B. SILVAIN, JR. (DOC. 12), OVERRULING PLAINTIFF'S OBJECTIONS (DOC. 13), AFFIRMING THE COMMISSIONER'S FINDING OF NON-DISABILITY AND TERMINATING CASE. THE CLERK IS DIRECTED TO ENTER JUDGEMENT IN FAVOR OF THE COMMISSIONER.**

---

This matter comes before the Court pursuant to Objections (Doc. 13) to the Report and Recommendations of Magistrate Judge Peter B. Silvain, Jr. (Doc. 12) recommending that the Commissioner's non-disability finding be affirmed, that this case be closed on the docket of the Court, and that the case be terminated.

The Court has reviewed the findings of the Magistrate Judge and the objection thereto. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc. 13) are not well-taken and are hereby **OVERRULED**.

---

1 Due to significant privacy concerns in social security cases, the Court refers to claimants only by their first names and last initials. See General Order 22-01.

The Court **ADOPTS** the Report and Recommendations (Doc. 12) in its entirety. The Commissioner's non-disability finding is **AFFIRMED**. The clerk is directed to enter judgement in favor of the Commissioner. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Tuesday, July 14, 2026.

**s/THOMAS M. ROSE**

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE